GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. ___7:26-CR-7 (WLS-ALS)___ |
| **TERRENCE XAVIER JONES** | |

Terrence Xavier Jones has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and it appears he is no longer in need of supervision. It is accordingly recommended that Terrence Xavier Jones should be discharged from supervision.

Respectfully submitted,

Desmond A. Phillips
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___20th___ day of ___May___, 2026.

___W. Louis Sands___
W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE